# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MONTANA
# GREAT FALLS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MATTHEW ROGER PHILLIP NICKOLAS KULHAWY,<br><br>Defendant. | CR 17-67-GF-BMM<br><br>**<u>FINAL ORDER OF FORFEITURE</u>** |

This matter comes before the Court on the United States' Motion for Final Order of Forfeiture. Having reviewed said motion, the Court FINDS:

1. The United States commenced this action pursuant to 18 U.S.C. ' 924(d);

2. A Preliminary Order of Forfeiture was entered on October 25, 2017;

3. All known interested parties were provided an opportunity to respond and that publication has been effected as required by 18 U.S.C. ' 982(b)(1) and 21

1

U.S.C. ' 853(n)(1);

4. There appears there is cause to issue a forfeiture order under 18 U.S.C. ' 924(d);

It is therefore ORDERED, DECREED, AND ADJUDGED that:

1. The Motion for Final Order of Forfeiture is GRANTED.

2. Judgment of forfeiture of the following property shall enter in favor of the United States pursuant to 18 U.S.C. ' 924(d), free from the claims of any other party:

- Tristar, 12 gauge pump-action shotgun, serial number obliterated

3. The United States shall have full and legal title to the forfeited property and may dispose of it in accordance with law.

Dated this 3rd day of January, 2018.

_____
Brian Morris
United States District Court Judge